AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

JEROME L. GRIMES,

          Plaintiff,

v.

ELIZABETH ORTON, *et al.*,

          Defendants.

JUDGMENT

Case Number: 3:23-cv-00152-MMD-CLB

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED** that this action is **dismissed without prejudice.**
**IT IS FURTHER ORDERED** that the final judgment is hereby entered accordingly, and this case is closed.



Date: May 4, 2023

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*